File Hashes for IP Address 73.191.162.188

**ISP:** Comcast Cable Holdings, LLC
**Physical Location:** Belleville, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/18/2015 17:56:06 | D9F1B7F0EDABB75557156F04A692C32D9E07CE77 | Love From USA |
| 04/10/2015 14:31:09 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 03/21/2015 12:57:30 | 81EC95CD5299389B06D269AF7B6AC03FCC2C6536 | Cum Worthy |
| 11/30/2014 13:06:47 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |

**Total Statutory Claims Against Defendant: 130**

EXHIBIT A

NEMI284