**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                                   Civil Action No. 5:15-cv-12100-JCO-RSW

JOHN DOE subscriber assigned IP address
73.191.162.188,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 73.191.162.188. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  August 12, 2015

                                                            Respectfully submitted,

                                                            By:   /s/ *Paul J. Nicoletti*
                                                            Paul J. Nicoletti
                                                           pauljnicoletti@gmail.com
                                                           NICOLETTI LAW, PLC
                                                           33717 Woodward Avenue, Suite #433
                                                           Birmingham, Michigan 48009
                                                           Phone:  (248) 203-7800
                                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti